# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WASHINGTON-LEE HIGH SCHOOL ALUMNI ASSOCIATION, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**ARLINGTON COUNTY SCHOOL BOARD,** *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-00060-LMB-TCB |

## PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Washington-Lee High School Alumni Association, Inc. ("Plaintiff") hereby voluntarily dismisses this entire action *without prejudice* and in support thereof states as follows:

1. Plaintiff is filing this Notice of Voluntary Dismissal without Prejudice before any opposing party has served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case is not a class action, no receiver has been appointed, and this is not a case governed by a federal statute that requires a Court order for dismissal.

3. Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim. Fed. R. Civ. P. 41(a)(1)(B).

4. This voluntary dismissal is *without prejudice*. *Id*.

Date: August 24, 2020

Respectfully submitted,

WASHINGTON-LEE HIGH SCHOOL ALUMNI ASSOCIATION, INC.

By Counsel

DUNLAP BENNETT & LUDWIG PLLC

  /s/
Thomas M. Dunlap (VA Bar No. 44016)
Dunlap Bennett & Ludwig PLLC
8300 Boone Boulevard, Suite 550
Vienna, Virginia 22182
(571) 252-8521 (t)
(703) 777-3656 (f)
tdunlap@dbllawyers.com

Cortland C. Putbrese (VA Bar No. 46419)
Dunlap Bennett & Ludwig PLLC
8003 Franklin Farms Drive, Suite 220
Richmond, Virginia 23229
(804) 977-2688 (t)
(804) 977-2680 (f)
cputbrese@dbllawyers.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2020, true and accurate copies of the foregoing were sent via overnight Federal Express to the Arlington County Sheriff's Office located at 1425 N. Courthouse Road, Suite 9100, Arlington, VA 22201, which will in turn serve the foregoing Notice of Voluntary Dismissal without Prejudice via hand-delivery upon the following individuals who have been previously served with a Summons and Complaint in the above-styled action:

Nancy Van Doren, School Board Member
2110 Washington Blvd.
Arlington, Virginia 22204

Francisco Duran, Superintendent of Arlington County Schools
2110 Washington Blvd.
Arlington, Virginia 22204

Barbara Kanninen, School Board Member & Former Chair
2110 Washington Blvd.
Arlington, Virginia 22204

Tannia Talento, School Board Member & Former Chair
2110 Washington Blvd.
Arlington, Virginia 22204

Arlington County School Board
Serve: Monique O'Grady, School Board Chair
2110 Washington Blvd.
Arlington, Virginia 22204

Monique O'Grady, School Board Chair
2110 Washington Blvd.
Arlington, Virginia 22204

Reid Goldstein, School Board Member
2110 Washington Blvd.
Arlington, Virginia 22204

                                                     /s/
                                    Cortland C. Putbrese (VA Bar No. 46419)